FILED

UNITED STATES COURT OF APPEALS

NOV 10 2015

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOHN L. WEISS, an individual and GERALD WEBER, an individual, on behalf of themselves, and all others similarly situated,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>COTTONWOOD CAPITAL PROPERTY MANAGEMENT, LLC; et al.,<br><br>        Defendants - Appellees. | No. 15-56101<br><br>D.C. No. 3:14-cv-02689-H-NLS Southern District of California, San Diego<br><br>ORDER |

      Appellants' motion to dismiss appellee Western Alliance Bank, an Arizona Corporation doing business as Torrey Pines Bank from the appeal is granted. The above-named appellee is dismissed pursuant to Federal Rule of Appellate Procedure 42(b).

      The appeal shall proceed for all remaining parties.

      It party shall bear its own cost to the appeal.

      The remaining current briefing schedule shall remain in effect.

      A copy of this order shall act as and for the mandate of this court.

Lking 10.26.15/Pro Mo

For the Court:

MOLLY C. DWYER
Clerk of the Court

Linda K. King
Deputy Clerk
Ninth Cir. R. 27-7/Advisory Note to Rule 27
   and Ninth Circuit Rule 27-10

Lking 10.26.15/Pro Mo