FILED
Mar 30 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ AKR  DEPUTY

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
MAR 24 2017
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JOHN L. WEISS, an individual and GERALD WEBER, an individual, on behalf of themselves, and all others similarly situated,

   Plaintiffs - Appellants,

 v.

COTTONWOOD CAPITAL PROPERTY MANAGEMENT, LLC; et al.,

   Defendants - Appellees.

No. 15-56101

D.C. No. 3:14-cv-02689-H-NLS
U.S. District Court for Southern California, San Diego

**MANDATE**

The judgment of this Court, entered March 02, 2017, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

   FOR THE COURT:

   MOLLY C. DWYER
   CLERK OF COURT

   By: Craig Westbrooke
   Deputy Clerk
   Ninth Circuit Rule 27-7

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 02 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOHN L. WEISS, an individual and GERALD WEBER, an individual, on behalf of themselves, and all others similarly situated, <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> COTTONWOOD CAPITAL PROPERTY MANAGEMENT, LLC; et al., <br><br> Defendants-Appellees. | No. 15-56101 <br><br> D.C. No. 3:14-cv-02689-H-NLS Southern District of California, San Diego <br><br> ORDER |

Before: CANBY, CLIFTON, and FRIEDLAND, Circuit Judges.

Appellees' request for sanctions, contained in their motion to dismiss (Docket Entry No. 27), is denied.

Appellants' motion for voluntary dismissal of this appeal (Docket Entry No. 32) is granted.  This appeal is dismissed.  *See* Fed. R. App. P. 42(b).

All other pending motions are denied as moot.

**DISMISSED.**

FG/MOATT